IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KRISTIN MARSHALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-00757-CV-W-NKL |
| JONATHAN WEBER, et al., | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

It is hereby ORDERED that the above-styled action is DISMISSED. Any party may move to reopen the case, provided that a motion is filed within 30 days from the date the bankruptcy stay is lifted or from the date of final resolution of the bankruptcy case. In addition, the Court retains jurisdiction over this case.

Dated: November 20, 2020         s/ NANETTE K. LAUGHREY
                                 NANETTE K. LAUGHREY
                                 United States District Judge